```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAMILY EQUALITY, et al.,

               Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

               Defendants.

1:20-cv-02403 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

The Court has received letters from the Parties regarding regulatory developments that may moot Plaintiffs' claims in this case [ECF Nos. 48, 50]. In light of those recent regulatory actions, IT IS HEREBY ORDERED that this case is STAYED pending further order of the Court.

The Parties are directed to file a joint letter on the ECF docket on or before February 16, 2021 regarding whether the Final Rule referenced in the Parties' letters has become effective, or whether there have been any other developments which impact this case. Following receipt of the Parties' letter, the Court will enter an order regarding next steps in this case.

**SO ORDERED.**

Date: February 2, 2021
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**