May 3, 2021

**By ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Family Equality, et al. v. Becerra,*[1] *et al.*, No. 20 Civ. 2403 (MKV)

Dear Judge Vyskocil:

      In accordance with the Court's orders dated April 6, 2021, and April 29, 2021, *see* Dkt Nos. 53, 55, the parties submit this joint status letter.

      The Government is no longer seeking a stay in this action. Moreover, at this time, the parties do not anticipate any further developments that will impact the Government's motion to dismiss the Amended Complaint.

      Thank you for your consideration of this matter.

      Respectfully,

      /s/
      Robin Thurston
      Democracy Forward Foundation
      P.O. Box 34553
      Washington, DC 20043
      (202) 448-9090
      *Counsel for Plaintiffs*

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York

By:      Jennifer C. Simon
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2746
      *Counsel for Defendants*

---

[1] Secretary of the Department of Health and Human Services Xavier Becerra has been automatically substituted as a defendant, in his official capacity, pursuant to F.R.C.P. 25(d).