# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Family Equality et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-2403-MKV |
| Xavier Becerra et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Xavier Becerra,* in his official capacity, and the United States Department of Health and Human Services.

Date: 10/15/2021

/s/ Lucas Issacharoff
*Attorney's signature*

Lucas Estlund Issacharoff, 5382494
*Printed name and bar number*

United States Attorney's Office
86 Chambers St., 3rd Floor
New York, NY 10007
*Address*

lucas.issacharoff@usdoj.gov
*E-mail address*

(212) 637-2737
*Telephone number*

(212) 637-2702
*FAX number*

* Pursuant to Fed. R. Civ. P. 25(d), Secretary Becerra is automatically substituted for Alex Azar.