UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FAMILY EQUALITY; TRUE COLORS UNITED, INC.; and SERVICES & ADVOCACY FOR GLBT ELDERS,

        Plaintiffs,

-against-

XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services; and THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

        Defendants.
-----------------------------------------------------------X



20 **CIVIL** 2403 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Defendants' Motion to Dismiss is GRANTED. Because the Court is without subject matter jurisdiction to adjudicate the dispute, the case is dismissed WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

    March 30, 2022

                  RUBY J. KRAJICK

                  **Clerk of Court**

           BY:

                  **Deputy Clerk**